IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMIE WILLIAMSON, Individually and On Behalf of All Others Similarly Situated,** | § § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 4:17-cv-00430** |
| **V.** | § § | **JURY TRIAL DEMANDED** |
| **SOUTHERN KOMFORT KITCHEN, LLC,** | § § § § § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff, Jamie Williamson, hereby advises the Court, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, that the parties have reached a settlement agreement that will result in a full and final release and dismissal of all claims and causes of action asserted in this lawsuit. This matter has been settled for the purpose of resolving the above captioned matter and to avoid the burden, expense, delay and uncertainties of litigation. Accordingly, the Parties will jointly file a Motion to Approve Settlement and Dismiss the Lawsuit with Prejudice with the Court in the near future

Plaintiff requests ten (10) days to file a joint motion to approve settlement and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of the claims asserted in this matter.

2

                          Respectfully submitted,

                          SHELLIST | LAZARZ | SLOBIN LLP

By:   */s/ Ricardo J. Prieto*
       Todd Slobin
       Texas Bar No. 24002953
       tslobin@eeoc.net
       Ricardo J. Prieto
       Texas Bar No. 24062947
       rprieto@eeoc.net
       Dorian Vandenberg-Rodes
       Texas Bar No. 24088573
       drodes@eeoc.net
       11 Greenway Plaza, Suite 1515
       Houston, Texas 77046
       Telephone: (713) 621-2277
       Facsimile: (713) 621-0993

       ATTORNEYS FOR PLAINTIFF
       & CLASS MEMBERS

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served via electronic filing in accordance with the Federal Rules of Civil Procedure on April 22, 2019 to all counsel of record.

                          */s/ Ricardo J. Prieto*
                          Ricardo J. Prieto