United States District Court
Southern District of Texas
**ENTERED**
June 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JAMIE WILLIAMSON, Individually and On Behalf of All Others Similarly Situated,**  Plaintiff,  V.  **SOUTHERN KOMFORT KITCHEN, LLC,**  Defendant. | **CIVIL ACTION NO. 4:17-cv-00430**  **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Agreed Motion to Approve Settlement Agreement.

Having considered the Motion and the relevant law and evidence, the Court hereby ORDERS that Parties' Motion is GRANTED.

It is further ORDERED that the Parties' settlement agreement is APPROVED.

It is further ORDERED that the lawsuit is dismissed with prejudice.

Date: __June 25_____, 2019.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE